STATE OF CONNECTICUT *v.* HOWARD ALLEN

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 81, is denied.

*Susan B. Marhoffer,* special public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* DONALD PARSONS

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 91, is denied.

*Paul E. Zagorsky,* in support of the petition.

*Jack W. Fischer,* deputy assistant state's attorney, in opposition.

Decided September 17, 1992

ANGELINA IMBROGNO *v.* STAMFORD HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 28 Conn. App. 113, is denied.

*Philip M. French,* in support of the petition.

*Lucas D. Strunk,* in opposition.

Decided September 17, 1992

STATE OF CONNECTICUT *v.* CARLOS RIVERA HERNANDEZ

The defendant's petition for certification for appeal from the Appellate Court, 28 Conn. App. 126, is denied.

*Richard L. Zayas,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided September 17, 1992